NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MATTHEW C. MCGAUGH,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2013-3004

---

Petition for review of the Merit Systems Protection Board in case no. DA3443110672-I-1.

PER CURIAM.

# O R D E R

Matthew C. McGaugh submits a form stating that he is not required to pay the docketing fee because his case before the Merit Systems Protection Board involved a claim under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

It does not appear, from a review of the Board decision on review, that McGaugh's case involved a USERRA claim. Thus, within 21 days of the date of filing of this order, McGaugh must either (1) establish that his case at the Board involved a USERRA claim, (2) complete a

MATTHEW MCGAUGH v. DOJ                                   2

motion for leave to proceed in forma pauperis, or (3) pay the $450 docketing fee.

Accordingly,

IT IS ORDERED THAT:

Within 21 days of the date of filing of this order, McGaugh must either (1) establish that his case at the Board involved a USERRA claim, (2) complete a motion for leave to proceed in forma pauperis, or (3) pay the $450 docketing fee.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s25